No. 218.   GERTRUDE GROOT *v.* CAROLINE I. REILLY. Error to the Court of Appeals of the District of Columbia.

November 8, 1920.   Dismissed with costs, on motion of counsel for plaintiff in error.  *Mr. William C. Prentiss* for plaintiff in error.  *Mr. Mason N. Richardson* for defendant in error.